From: James W. Riley
Delaware Correctional Center
MHU, Bldg. 23
1181 Paddock Road
Smyrna, Delaware 19977

To: Peter T. Dalleo, Clerk
Delaware District Court
U.S. Court House, Lockbox #18
844 King Street
Wilmington, Delaware 19801

FILED
MAY 20 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: Riley v. Carroll, C.A. No. 04-1435-GMS
    (Habeas Case)

Dear Mr. Dalleo,

    I am simply writing to request a copy of an up to date Docket Sheet in the above captioned matter. This request is very urgent and shall be promptly fulfilled as soon as you can.

                        Thank You!
                        James Riley

Date: May 18, 2005



U.S.POSTAGE
0.37
SMYRNA MAY 10 '5 DE
PB METER 6728578

I/M James Riley
SBI# 169716 UNIT MH4, Bldg. 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk's Office
District Court
U.S. CourtHouse
Lockbox #18
844 King Street
Wilmington, Dela
19801

