From: James W. Riley
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

To: Peter Delleo
Clerk of The Court
U.S. District Court
844 King Street
Wilmington, Delaware 19801

FILED
MAY 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

May 22, 2005

Re: Riley v. Carroll, C.A. No. 04-1435-GMS

Dear Mr. Dalleo,

On May 18, 2005 I sent you a letter requesting a Docket Sheet (D.I. 11). Although the docket sheet don't reflect it, on the above date I received the docket sheet from the Clerk office.

The same problem exist in the record for serving the habeas petition on the Respondents. Under entry #D.I. 7 dated 12/09/2004 and D.I. 10 dated 04/29/2005 the Clerk office indicates that copies of the habeas petition/Exhibits and Orders of the court were served upon the Respondents. However the exact date the Clerk office made service upon the Respondents is not specified with clarity on the Docket sheet.

Could you please send me certified memo reflecting the correct date and time that the habeas petition was mailed to the Respondents?

Thank You!
James W. Riley
Petitioner



I/M James Riley
SBI# 169916  UNIT MHU, Bldg. 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.'S
X-RAY

Office of The Clerk
U.S. District Court
844 King St., Lockbox #18
Wilmington, Delaware
19801