IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JAMES W. RILEY**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 04-1435-GMS |
| | : | |
| **THOMAS CARROLL**, | : | |
| | : | |
| Warden, | : | |
| | : | |
| Respondent. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Respondent files herewith certified copies of the following Delaware Supreme Court documents in *James W. Riley v. State of Delaware*, No. 259, 2003:

    a. Findings of Fact and Conclusions of Law dated August 18, 2003;

    b. the Court's order dated December 9, 2003;

    c. appellant's opening brief and appendix;

    d. the State's answering brief and appendix;

    e. the Court's order dated September 13, 2004;

    f. the motion for rehearing in banc dated September 19, 2004;

    g. the memo dated October 7, 2004 by Chief Justice Steele (noting his disqualification);

    h.    the memo dated October 13, 2004 by Justice Ridgely (noting his disqualification);

    i.    the Court's order dated October 20, 2004.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
e-mail: *ThomasE.Brown@state.de.us*

Date: July 5, 2005

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of this Court, hereby certifies that on July 5, 2005 he caused to be electronically filed a Notice of Filing of Certified State Court Records with the Clerk of the Court using CM/ECF and thereafter caused to be hand delivered paper copies of the records listed therein with the Clerk's Office. I hereby certify that on July 5, 2005 I have also caused to be mailed by first class U.S. Mail two copies of the document (and a copy of the records listed therein) to the following non-registered participant, the petitioner:

> James W. Riley (No. 00169716)
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977.

/s/
Thomas E. Brown
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondent

Date: July 5, 2005