To: Honorable Gregory Sleet
District Court Judge
Delaware District Court
844 King Street
Wilmington, Delaware 19801

Re: Riley v. Carroll,
C.A. No. 04-1435-GMS

July 7, 2005

Dear Judge Sleet,

This is to inform you that the Respondent Filed their "Notice Of Filing Of State Court Records" dated July 5, 2005.

However Respondent Failed to include the Petitioner's Reply Brief Filed in the Delaware Supreme Court with the certified records.

The Petitioner's State Court Reply Brief is an essential document cited throughout his habeas pleadings. That Reply Brief is contained in the Exhibits To Petitioner's Habeas Petition as exhibit "B".

Thank you,

James W. Riley
Petitioner
Delaware Correctional Ctr.
1181 Paddock Road
Smyrna, Delaware 19977

FILED
JUL 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

cc:
Thomas E. Brown, Esq.




I/M James W. Riley
SBI# 165716 UNIT M.H.U. Bldg. 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk's Office
U.S. District Court
844 King Street
Wilmington, Delaware
19801