In The United STATES District Court
For The District OF Delaware

James W. Riley,
    Petitioner,

V.                       Civ. Act. No. 04-1435-GMS

Thomas Carroll, Warden,
    Respondent.



FILED

JUL 15 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion To Compel

Now Comes the Petitioner, James W. Riley, who Compel this Honorable Court to issue a ruling on his Letter/Motion For Appointment OF Counsel. (See I.D #10)

In support of this motion petitioner state the Following:

As stated in petitioner's Letter/motion For Appointment OF counsel (I.D #10), And pending Motion For An Evidentiary Hearing (I.D # 8 & 9), his STAND-by trial Counsel, Joseph A. Gabay, Altered And Falsified Attorney/Client Confidential Privileged Information in his case Files to suggest that he (The petitioner) made incriminating Statements of his involvement in murde/robbery crimes to which he is convicted of.

These False Accusations related to a 1987 tape recorded interview petitioner had with psychiatrist Neil Blumberg and Former postconviction Counsel Lawrence Connell.

Stand-by trial counsel, Mr. Gabay altered these tape recorded interviews of Dr. Blumberg and Mr. Connell and filed a false transcript consisting of false incriminating statements attributed (ascribed) to both Dr. Blumberg and Mr. Connell against petitioner. (Since this is privileged information, petitioner will allow this Honorable Court to review this false transcript in camera and compare it with the actual tape recorded interviews). Note: Petitioner made this same offer to the Delaware Supreme Court who ignored to inspect this evidence.

In prosecuting this case effectively on the conflict of interest claims the petitioner will need access to his entire case files which contain the tape recorded interviews in possession of stand-by counsel Mr. Gabay who altered and falsified some of these files.

Therefore the appointment of counsel will assume the responsibility of obtaining petitioner's entire case files from Mr. Gabay and holding them in his or her possession until further notice of this court.

Petitioner prefer not to have a Delaware Attorney because most of these Attorneys are not loyal to their clients.

Appointment of counsel is also needed to locate and interview Mr. Connell and Dr. Blumberg whom both will be primary witnesses used by petitioner

At any potential evidentiary hearing in the district court.

Wherefore, for the reasons given herein this motion to compel shall be granted; and because Mr. Connell and Dr. Blumberg are getting up in age the Court's decision on whether or not to conduct an evidentiary hearing shall be made with haste.

*James W. Riley*
_____
James W. Riley, pro se
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Date: July 5, 2005

## Proof of Service

The petitioner James Riley certify that on this __7__ day July 2005 he placed a true and correct copy of this motion to compel in the U.S mail at the Delaware Correctional Center addressed to: Thomas E. Brown, Deputy Attorney General, Department of Justice, 820 North French Street, Wilmington, Delaware 19801.

*James W. Riley*
_____
Petitioner





U.S POSTAGE
0.37

SMYRNA
JUL 14 '05
DE

PB METER
6728573

U.S
X-RAY

I/M _James W. Riley_

SBI# _165216_ UNIT_MHU Bldg. 21_

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Clerk's Office
U.S District Court
844 King Street
Wilmington, Delaware
19801

19801+3513 12