IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES W. RILEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 04-1435-GMS |
| | ) |
| THOMAS CARROLL, | ) |
| Warden, and CARL C. | ) |
| DANBERG, Attorney General | ) |
| of the State of Delaware, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

At Wilmington this 29th day of March, 2006;

IT IS ORDERED that:

1. Petitioner James W. Riley's motion for an evidentiary hearing is DENIED. (D.I. 8.) The court has reviewed the petition, answer, reply brief, and the state court record, and concludes that an evidentiary hearing is not warranted. *See* Rule 8(a), 28 U.S.C. foll. § 2254.

2. No later than April 28, 2006, the State shall file a complete copy of the March 19, 2003 "Transcript of Hearing to Determine Representation" from the Delaware Superior Court. *See* Rule 5(c), 28 U.S.C. foll. § 2254(stating that the "judge may order . . . the respondent [to] furnish other parts of existing transcripts").

UNITED STATES DISTRICT JUDGE