**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **JAMES W. RIGHT**, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civ. Act. No. 04-1435-GMS |
| : | |
| **THOMAS CARROLL**, : | |
| : | |
| Warden, : | |
| : | |
| Respondent. : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Respondent files herewith a copy of the following Delaware Superior Court document in *State of Delaware v. James Riley*, Criminal Action Nos. IK82-06-0838 and 0058 through 0061: the March 19, 2003 Transcript of Hearing to Determine Representation.[1]

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
e-mail: *ThomasE.Brown@state.de.us*

Date: April 4, 2006

---

[1] By order dated March 29, 2006, the Court directed the State to file a complete copy of the March 19, 2003 Transcript of Hearing to Determine Representation from the Delaware Superior Court.

**CERTIFICATE OF SERVICE**

The undersigned, being a member of the Bar of this Court, hereby certifies that on April 4, 2006 he caused to be electronically filed a Notice of Filing of State Court Records with the Clerk of the Court using CM/ECF and thereafter caused to be hand delivered paper copies of the record listed therein with the Clerk's Office.  I hereby certify that on April 4, 2006 I have also caused to be mailed by first class U.S. Mail two copies of the document (and a copy of the record listed therein) to the following non-registered participant, the petitioner:

> James W. Riley (No. 00169716)
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977.

/s/_____
Thomas E. Brown
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondent

Date: April 4, 2006