NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

James W. Riley, Petitioner

DISTRICT COURT DOCKET NUMBER: 04-1435

v.

Thomas Carroll, Warden And The Attorney General of The State of Delaware M. Jane Brady. Respondents.

DISTRICT COURT JUDGE: Gregory M. Sleet

Notice is hereby given that **The Petitioner James W. Riley**
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [✓] Judgment, [✓] Order,

[ ] Other (specify) **Memorandum Opinion and Order denying a Writ of Habeas Corpus**

entered in this action on **June 19, 2007. (I.D #27)**
(date)

DATED: **June 28, 2007**

**James Riley, pro se**
(Counsel for Appellant-Signature)

**pro se**
(Name of Counsel - Typed)

**Delaware Correctional Center**
(Address)

**1181 Paddock Road**

**Smyrna, Delaware 19977**
(Telephone Number)

**Thomas E. Brown**
(Counsel for Appellee)

**Deputy Attorney General**
(Address)

**Dept. of Justice
820 N. French St.
Wilmington, Dela. 19801**
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

JUL - 2 2007

CC: Thomas E. Brown, Esq.

I/M James Riley
SBI# 169716  UNIT MHU Bldg. 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk's Office
U.S District Court
844 King Street
Wilmington, Delaware
19801