From: James W. Riley
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

To: The Clerk of The Court
U. S. District Court
844 King Street LockBox #18
Wilmington, Delaware 19801

July 8, 2007

Re: Riley v. Carroll, et al.,
    C. A. No. 04-1435 GMS

Dear Clerk,

I am writing to obtain an up-to-date docket sheet for purpose of Appeal. Also I need confirmation that the court received my Notice of Appeal filed on June 28, 2007.

Thank You!

James Riley
petitioner
Del. Corr. Ctr.
1181 Paddock Rd.
Smyrna, Dela. 19977

FILED
JUL 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M James Riley
SBI# 169716  UNIT MHU Bldg 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.

Clerk of The Court
U.S District Court
844 King Street
Wilmington, Delaware
19801