OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

July 16, 2007

TO: James W. Riley
    #169716
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

**RE:** *Request for Copy of Docket,* **04-1435(GMS)**

Dear Mr. Riley:

A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted civil action.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. ***A copy of the docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future***, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK

cc:  The Honorable Gregory M. Sleet
enc: Docket Sheet