**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

NO. 07-3012

Riley vs. Carroll

District Court No. 04-cv-01435

O R D E R

It appearing that a timely post-decision motion of a type specified by Rule 4[a][4], Fed. R. App. P., is pending in the district court, it is hereby O R D E R E D that the above-entitled appeal(s) is(are) stayed pending disposition of the motion. The parties are directed to file written reports addressing the status of the pending motion on **8/20/07** and every thirty (30) days thereafter until the motion is determined.

This stay does not apply to the obligation to pay filing and docketing fees. These obligations must be fulfilled within the time specified by the Federal Rules of Appellate Procedure and Third Circuit Local Appellate Rules.



A True Copy:

Marcia M. Waldron, Clerk

For the Court,

MARCIA M. WALDRON
Clerk

Date: 7/20/2007

cc:
James W. Riley
Thomas E. Brown, Esq.
Honorable Gregory M. Sleet [Information Only]
Mr. Peter T. Dalleo [Information Only]