# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _James Riley_   SBI#: _109716_

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE: _July 17, 2__

---

Attached are copies of your inmate account statement for the months of _04cv1435 GMS_ _January 1, 2007_ to _June 30, 2007_.

The following indicates the average daily balances.

FILED
JUL 24 2007

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Jan | 0 |
| Feb | 0 |
| March | 0 |
| April | 0 |
| May | 0 |
| June | 0 |

Average daily balances/6 months: _0_

Attachments
CC: File

_Stacy Shane_
7/17/07

_Jeanette L Howel_
7/17/07

**Individual Statement**
**From January 2007 to June 2007**

| Date Printed: 7/17/2007 | | | | | Page 1 of 2 |
|---|---|---|---|---|---|
| SBI: 00169716 | Last Name: Riley | First Name: James | MI: W | Suffix: | |
| Current Location: 22 | | | Comments: | Beginning Month Balance: | $0.00 |
| | | | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 1/9/2007 | $0.00 | $0.00 | ($1.89) | $0.00 | 370468 | | 1/3/07 | |
| Supplies-MailPosta | 1/9/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 370539 | | 12/30/06 | |
| Supplies-MailPosta | 1/10/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 371283 | | 12/19/06 | |
| Supplies-MailPosta | 1/10/2007 | $0.00 | $0.00 | ($1.59) | $0.00 | 371324 | | 12/20/06 | |
| Supplies-MailPosta | 1/11/2007 | $0.00 | $0.00 | ($1.86) | $0.00 | 371387 | | 12/14/06 | |
| Legal | 1/16/2007 | $0.00 | $0.00 | ($5.68) | $0.00 | 373253 | | 12/06 | |
| Supplies-MailPosta | 1/16/2007 | $0.00 | $0.00 | ($1.07) | $0.00 | 373583 | | 12/13/06 | |
| Supplies-MailPosta | 1/16/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 373639 | | 1/13/07 | |
| Supplies-MailPosta | 1/18/2007 | $0.00 | $0.00 | ($3.86) | $0.00 | 374839 | | INDIGENT 1/2/07 | |
| Supplies-MailPosta | 1/19/2007 | $0.00 | $0.00 | ($1.35) | $0.00 | 375193 | | 12/12/06 | |
| Supplies-MailPosta | 2/1/2007 | $0.00 | $0.00 | ($4.05) | $0.00 | 381775 | | 1/22/07 | |
| Supplies-MailPosta | 2/6/2007 | $0.00 | $0.00 | ($1.02) | $0.00 | 383354 | | 1/25/07 | |
| Supplies-MailPosta | 2/6/2007 | $0.00 | $0.00 | ($1.35) | $0.00 | 383369 | | 1/22/07 | |
| Supplies-MailPosta | 2/6/2007 | $0.00 | $0.00 | ($1.35) | $0.00 | 383370 | | 1/22/07 | |
| Supplies-MailPosta | 2/6/2007 | $0.00 | $0.00 | ($1.35) | $0.00 | 383371 | | 1/22/07 | |
| Supplies-MailPosta | 2/9/2007 | $0.00 | $0.00 | ($1.65) | $0.00 | 385282 | | 1/9/07 | |
| Supplies-MailPosta | 2/13/2007 | $0.00 | $0.00 | ($3.86) | $0.00 | 386547 | | INDIGENT 2/6/07 | |
| Supplies-MailPosta | 2/15/2007 | $0.00 | $0.00 | ($0.78) | $0.00 | 387829 | | 2/3/07 | |
| Supplies-MailPosta | 2/15/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 387840 | | 2/3/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($0.78) | $0.00 | 388673 | | 1/20/07 | |
| Supplies-MailPosta | 2/27/2007 | $0.00 | $0.00 | ($1.11) | $0.00 | 393560 | | 2/26/07 | |
| Supplies-MailPosta | 2/27/2007 | $0.00 | $0.00 | ($1.11) | $0.00 | 393587 | | 2/26/07 | |
| Supplies-MailPosta | 2/27/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 393608 | | 2/25/07 | |
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($3.86) | $0.00 | 401705 | | INDIGENT 3/7/07 | |
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 401967 | | 3/14/07 | |
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($1.11) | $0.00 | 402058 | | 3/1/07 | |
| Supplies-MailPosta | 3/22/2007 | $0.00 | $0.00 | ($1.11) | $0.00 | 404965 | | 2/28/07 | |
| Supplies-MailPosta | 3/22/2007 | $0.00 | $0.00 | ($1.11) | $0.00 | 404966 | | 2/28/07 | |
| Supplies-MailPosta | 3/22/2007 | $0.00 | $0.00 | ($4.05) | $0.00 | 404976 | | 2/28/07 | |
| Supplies-MailPosta | 3/22/2007 | $0.00 | $0.00 | ($3.27) | $0.00 | 404980 | | 2/28/07 | |
| Supplies-MailPosta | 3/22/2007 | $0.00 | $0.00 | ($4.05) | $0.00 | 404981 | | 2/28/07 | |

## Individual Statement
### From January 2007 to June 2007

Date Printed: 7/17/2007        Page 2 of 2

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | $0.00 |
|---|---|---|---|---|---|---|---|
| 00169716 | Riley | James | W | | | Ending Month Balance: | $0.00 |
| Current Location: | 22 | | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 3/22/2007 | $0.00 | $0.00 | ($2.22) | $0.00 | 405026 | | 2/26/07 | |
| Supplies-MailPosta | 3/22/2007 | $0.00 | $0.00 | ($4.20) | $0.00 | 405029 | | 2/26/07 | |
| Supplies-MailPosta | 3/22/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 405262 | | 3/11/07 | |
| Supplies-MailPosta | 4/12/2007 | $0.00 | $0.00 | ($3.46) | $0.00 | 414060 | | INDIGENT 4/4/07 | |
| Supplies-MailPosta | 4/13/2007 | $0.00 | $0.00 | ($0.87) | $0.00 | 414536 | | 3/18/07 | |
| Supplies-MailPosta | 4/16/2007 | $0.00 | $0.00 | ($2.37) | $0.00 | 415401 | | 3/20/07 | |
| Supplies-MailPosta | 4/16/2007 | $0.00 | $0.00 | ($3.33) | $0.00 | 415419 | | 3/22/07 | |
| Supplies-MailPosta | 4/16/2007 | $0.00 | $0.00 | ($3.27) | $0.00 | 415432 | | 3/22/07 | |
| Supplies-MailPosta | 5/8/2007 | $0.00 | $0.00 | ($3.86) | $0.00 | 425800 | | INDIGENT 5/1/07 | |
| Supplies-MailPosta | 5/15/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 428762 | | 4/17/07 | |
| Supplies-MailPosta | 5/15/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 428764 | | 4/16/07 | |
| Supplies-MailPosta | 5/22/2007 | $0.00 | $0.00 | ($1.50) | $0.00 | 431360 | | 5/1/07 | |
| Supplies-MailPosta | 5/23/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 432141 | | 5/6/07 | |
| Supplies-MailPosta | 5/31/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 435166 | | 5/9/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($1.14) | $0.00 | 436430 | | 5/15/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($0.46) | $0.00 | 436433 | | 5/15/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($1.48) | $0.00 | 436435 | | 5/15/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($1.48) | $0.00 | 436673 | | 5/22/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($1.31) | $0.00 | 436704 | | 5/23/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($1.31) | $0.00 | 436705 | | 5/23/07 | |
| Supplies-MailPosta | 6/12/2007 | $0.00 | $0.00 | ($3.98) | $0.00 | 441948 | | INDIGENT 6/5/07 | |
| Supplies-MailPosta | 6/15/2007 | $0.00 | $0.00 | ($0.92) | $0.00 | 444006 | | 5/31/07 | |
| Supplies-MailPosta | 6/25/2007 | $0.00 | $0.00 | ($4.60) | $0.00 | 447569 | | 6/11/07 | |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: ($4.00)
Total Amount Currently on Legal Hold: ($5.68)
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($300.66)

**NOTICE TO PRISONER:** You must submit to this Court a certified copy of your prison trust fund account statement (or institutional equivalent) for each institution in which you have been confined for the six-month period immediately preceding the date of this application. 28 U.S.C. §1915(a)(2). The following certification from an authorized officer of your institution(s) must accompany the account statement(s):

I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_Stacy Shane_
Authorized Officer of Institution

RECEIVED-D.C.C.

JUL 1 7 2007

SUPPORT SERVICES MANAGER

**NOTICE TO PRISON OFFICIALS:** Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward monthly payments of 20% of the income credited to the prisoner's account during the preceding month, each time the amount in the account exceeds $10, until the entire filing and/or docketing fee has been paid.

---------------------------------------------------------------

(Cut along the dotted line and forward to each institution in which applicant has been confined for the six-month period prior to the date this application is made.)

I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_Stacy Shane_
Authorized Officer of Institution

**NOTICE TO PRISON OFFICIALS:** Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. Once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward monthly payments of 20% of the

RECEIVED-D.C.C.

JUL 1 7 2007

SUPPORT SERVICES MANAGER

## CERTIFICATION OF PRISON ACCOUNT STATEMENT

**NOTICE TO PRISONER:** You must submit to this Court a certified copy of your prison trust fund account statement (or institutional equivalent) for each institution in which you have been confined for the six-month period immediately preceding the date of this application. 28 U.S.C. §1915(a)(2). If you were housed in more than one institution in the past 6 months, a copy of the certification must be completed by each institution. The following certification from an authorized officer of your institution(s) must accompany the account statement(s):

**NOTICE TO PRISON OFFICIALS:** Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward monthly payments of 20% of the income credited to the prisoner's account during the preceding month, each time the amount in the account exceeds $10, until the entire filing and/or docketing fee has been paid.

I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_[signature: Stacy Shane]_
Authorized Officer of Institution

RECEIVED-D.C.C.

JUL 1 7 2007

SUPPORT SERVICES MANAGER

(Rev. 5/00).

income credited to the prisoner's account during the preceding month, each time the amount in the account exceeds $10, until the entire filing and/or docketing fee has been paid. 28 U.S.C. § 1915(b)(2) (April 26, 1996).

**NOTICE TO PRISONER:** You are directed to complete the following form. The top portion of the form must be returned to the Clerk. The lower portion of the completed form shall be returned to the prison official in charge of the prisoner account.

I, ___James Riley SBI# 00169916___
(Name of Prisoner and Registered Number if applicable)

authorize the Clerk of the Court to obtain, from the agency having custody over me, information about my institutional account, including balances, deposits, and withdrawals. The Clerk may obtain such information until the fee and any other payments owed the Court are paid. I also authorize the agency having custody over me to withdraw funds from my account and forward payments to the appropriate Clerk of Court in accordance with 28 U.S.C. §1915 (April 26, 1996).

_____James Riley_____
Signature of Prisoner

Date ___July 16, 2007___

IM James Riley
SBI# 165216  UNIT MHU Bldg. 2 C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk's Office
U.S District Court
844 King Street
Wilmington, Delaware
19801