FPS - 492                                                          DATE: July 26, 2007

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 07-3012

Riley v. Carroll

To:     Clerk

1)     Motion by Appellant for leave to appeal in forma pauperis

---

The foregoing motion to proceed in forma pauperis is granted.



A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: July 26, 2007
ISC/cc: James W. Riley
        Loren C. Meyers