BLD-107                                                                January 17, 2008
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **07-3012**

JAMES W. RILEY

    VS.

WARDEN THOMAS CARROLL, ET AL.

    (D. Del. CIV. NO. 04-cv-01435)

Present: MCKEE, RENDELL and SMITH, Circuit Judges

    Submitted is Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1) in the above-captioned case.

                                  Respectfully,

                                  Clerk

MMW/EMC/isc

_____ORDER_____

    The request for a certificate of appealability is denied, as jurists of reason would not debate whether the District Court properly determined that the claims raised in Appellant's 28 U.S.C. § 2254 habeas petition lack merit. Appellant has not made a substantial showing of the denial of his constitutional rights with regard to any of his claims. 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 327 (2003).

                              By the Court,

                              /s/ Theodore A. McKee
                              Circuit Judge       **A True Copy:**

                                                            *Marcia M. Waldron*

Dated: September 10, 2008                          Marcia M. Waldron, Clerk
ISC/cc: James W. Riley                           Certified order issued in lieu of mandate.
       Loren C. Meyers, Esq.